# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2013

146472

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MB FINANCIAL BANK, N.A.,
             Plaintiff-Appellant,

v

JOHN W. THORN and LINDA THORN
HOFFMAN,
             Defendants-Appellees,
and

LML OF FOUNTAIN SQUARE, L.L.C.,
             Defendant.

SC: 146472
COA: 306672
Berrien CC: 2011-000118-CK

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. We REMAND this case to the Berrien Circuit Court for any further necessary proceedings.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2013



Clerk

t1015